ELECTRONICALLY FILED - 2022 Mar 15 2:47 PM - CHARLESTON - COMMON PLEAS - CASE#2022CP1001232

| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
|---|---|---|
| | ) | |
| COUNTY OF CHARLESTON | ) | CIVIL ACTION 2022-CP-10-_____ |

| | | |
|---|---|---|
| JANE ROUSE, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HARRIS TEETER SUPERMARKETS, | ) | **SUMMONS** |
| INC. a/k/a HARRIS TEETER | ) | |
| NEIGHBORHOOD FOOD & | ) | |
| PHARMACY; and ARAMARK | ) | |
| UNIFORM & CAREER APPAREL, LLC, | ) | |
| | | |
| **Defendants.** | | |

**TO THE DEFENDANTS ABOVE-NAMED:**

**YOU ARE HEREBY SUMMONED** and required to answer the Complaint in this action, of which a copy is herewith served upon you, and to serve a copy of your Answer to said Complaint in the subscribed to Scott C. Evans, EVANS MOORE, LLC, 121 SCREVEN STREET, GEORGETOWN, SOUTH CAROLINA, 29440 within THIRTY (30) DAYS after the service hereof, exclusive of the date of such service; and if you fail to answer the Complaint within the time aforesaid, judgment by default will be rendered against you for the relief demanded in the Complaint.

Respectfully submitted,

EVANS MOORE, LLC

*s/James B. Moore, III*
James B. Moore III, SC Bar #74268
Scott C. Evans, SC Bar #77684
121 Screven Street

1

ELECTRONICALLY FILED - 2022 Mar 15 2:47 PM - CHARLESTON - COMMON PLEAS - CASE#2022CP1001232

Georgetown, SC 29440
Office: (843) 995-5000
Fax: (843) 527-4128
james@evansmoorelaw.com
scott@evansmoorelaw.com

John Edward Robinson, SC Bar #75919
McDowell & Robinson
36 Broad Street, Charleston, SC 29401
Office: (843) 723-5152
John.robinson@charlestonlawoffice.com

Attorneys for the Plaintiff

March 15, 2022
Georgetown, South Carolina

2

ELECTRONICALLY FILED - 2022 Mar 15 2:47 PM - CHARLESTON - COMMON PLEAS - CASE#2022CP1001232

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | |
| COUNTY OF CHARLESTON ) | CIVIL ACTION 2022-CP-10-_____ |

| | | |
|---|---|---|
| JANE ROUSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HARRIS TEETERS SUPERMARKETS, | ) | COMPLAINT |
| INC., a/k/a HARRIS TEETER | ) | (Jury Trial Requested) |
| NEIGHBORHOOD FOOD & | ) | |
| PHARMACY and ARAMARK | ) | |
| UNIFORM & CAREER APPAREL, LLC, | ) | |
| | | |
| Defendants. | | |

The Plaintiff, Jane Rouse, by and through her undersigned attorneys, complaining of the above-named Defendants would allege and show unto the Court the following:

**JURISDICTION AND VENUE**

1. The Plaintiff Jane Rouse is a citizen and resident of the County of Charleston, State of South Carolina.

2. Upon information and belief, Defendant Harris Teeter Supermarkets, Inc., a/k/a Harris Teeter Neighborhood Food & Pharmacy is a corporation organized and existing in and under the laws of North Carolina, with its principal place of business located at 701 Crestdale Road, Matthews, North Carolina 28105, and maintains agents and servants and a grocery store business, known as Harris Teeter Store # 385 at 2195 Tea Planter Lane, Mount Pleasant, in the County of Charleston, State of South Carolina for the purpose of carrying on its business wherein customers are invited to purchase groceries, meats, vegetables, frozen food products and other products.

1

3. Upon Information and belief, Defendant Aramark Uniform & Career Apparel, LLC is a limited liability company organized and existing in and under the laws of Delaware with its principal place of business in Wilmington, Delaware. Defendant was responsible for providing and maintaining the floor mats located at the Harris Teeter Neighborhood Food & Pharmacy Store #385 located in Mount Pleasant, South Carolina.

4. Venue in this Court is proper, as the most substantial acts and omissions giving rise to the causes of action occurred in Charleston County, South Carolina.

## FACTUAL ALLEGATIONS

5. On March 9, 2020, Plaintiff Jane Rouse entered Harris Teeter Neighborhood Food & Pharmacy Store #385 located at 2195 Tea Planter Lane, Mount Pleasant, South Carolina for the purpose of grocery shopping.

6. As the Plaintiff was exiting the common property on the premises owned, operated and managed by the Defendant Harris Teeter Supermarkets, Inc., a/k/a Harris Teeter Neighborhood Food & Pharmacy, she noticed a hand sanitizing station. While the Plaintiff was walking towards the hand sanitizing station, she encountered the dangerous and defective floor mat, causing her to trip and fall on her left side.

7. As a result of the fall, Ms. Rouse fractured her left hip, necessitating surgical intervention. Unfortunately, Ms. Rouse has been unable to fully recover from the injury sustained on the property owned and managed by the Defendants.

## NEGLIGENCE & PREMISES LIABILITY

8. The Plaintiff repeats, re-alleges and incorporates by reference the factual allegations above with the same force and effect as if set forth herein.

ELECTRONICALLY FILED - 2022 Mar 15 2:47 PM - CHARLESTON - COMMON PLEAS - CASE#2022CP1001232

ELECTRONICALLY FILED - 2022 Mar 15 2:47 PM - CHARLESTON - COMMON PLEAS - CASE#2022CP1001232

9. While she was inside of the store, where it is the duty of the Defendants to exercise reasonable care and caution in the maintenance of the entrance and exit areas, including the floor mats, so as to not cause injury or damage to Plaintiff and others rightfully therein, she encountered an unreasonably dangerous and hazardous condition, causing Plaintiff to fall and sustain serious and permanent injuries.

10. At all pertinent times herein alleged, the Defendants, by and through their agents, servants and/or employees, acted in reckless disregard for the rights of the Plaintiff, and it was by their negligent, grossly negligent, careless, reckless, willful and wanton acts or omissions, that the Defendants maintained the inside of their aforesaid grocery store building in such a manner as to cause serious and permanent damages and injuries to the Plaintiff.

11. The fall and resulting damages to Plaintiff were directly due to and proximately caused by the negligence, recklessness, and gross negligence of the Defendants, or their agents, servants, or employees, including but not limited to, one or more of the following particulars:

   (a) In failing to safely maintain the exit area and floor mat so as to not cause injury or damage to Plaintiff;

   (b) In failing to take adequate steps to correct and/or remove the mat from the floor near the exit door;

   (c) In failing to comply with its own safety policies and procedures;

   (d) In failing to provide a safe area for a customer to exit the store;

   (e) In failing to property inspect and properly maintain the exit area and floor mat;

   (f) In failing to exercise reasonable care to maintain the premises of the Harris Teeter Neighborhood Food & Pharmacy store in a safe and non-hazardous condition,

ELECTRONICALLY FILED - 2022 Mar 15 2:47 PM - CHARLESTON - COMMON PLEAS - CASE#2022CP1001232

which resulted in a dangerous and hazardous condition to its patrons, invitees and licensees;

(g) In failing to exercise reasonable care to keep invitees and licensees of the Harris Teeter Neighborhood Food & Pharmacy Store free from hazardous conditions;

(h) In failing to exercise reasonable care to properly inspect the Harris Teeter Neighborhood Food & Pharmacy Store to ensure that it was safe for its patrons, invitees and licensees; and

(i) In failing to exercise reasonable care to warn the public and the Plaintiff in particular of the dangerous condition which existed in the exit of the Harris Teeter Neighborhood Food & Pharmacy Store;

12. That as a direct and proximate result of the negligent, reckless and grossly negligent acts and/or omissions of the Defendants and/or their agents, servants, and employees, the Plaintiff, Jane Rouse, was severely and permanently injured which has caused, and in the future will cause her to suffer the following damages:

(a) Past and future expenses for complex treatment on her left hip;

(b) Substantial past and future expenses for medical, physical therapy, rehabilitative and pain management services;

(c) Pain and suffering, past and future;

(d) Emotional distress and mental anguish, past and future;

(e) Permanently disabling and debilitating injuries to her body;

(f) Permanent scarring and disfigurement to her body;

(g) Loss of enjoyment of the common pleasures of life;

4

(h) Incidental expenses related to medical care, including, but not limited to, expenses for transportation to and from medical services;

(i) Loss of ability to socialize and move about within the community of her friends and children, as her locomotion is severely limited with any movement resulting in great pain, suffering and discomfort; and

(j) Other specific elements of damages which may be discovered prior to trial.

13. That due to the reckless, willful, wanton, careless, negligent and grossly negligent conduct of the Defendants, and/or their agents, servants and employees, the Plaintiff is entitled to actual damages, as well as punitive damages, in such amount as would deter the Defendants from such conduct in the future.

**WHEREFORE,** the Plaintiff prays unto this Honorable Court as follows:

(a) For an award of actual, compensatory, and consequential damages in an amount to be determined as a jury trial;

(b) For an award of punitive damages in an amount to be determined at a jury trial;

(c) For such other and further relief as this Court may deem just and proper.

**TRIAL BY JURY IS DEMANDED.**

Respectfully submitted,

EVANS MOORE, LLC

s/James B. Moore III
James B. Moore III, SC Bar #74268
Scott C. Evans, SC Bar #77684
121 Screven Street
Georgetown, SC 29440
Office: (843) 995-5000
Fax: (843) 527-4128
james@evansmoorelaw.com
scott@evansmoorelaw.com

John Edward Robinson, SC Bar #75919
McDowell & Robinson
36 Broad Street, Charleston, SC 29401
Office: (843) 723-5152
John.robinson@charlestonlawoffice.com

Attorneys for the Plaintiff

March 15, 2022
Georgetown, South Carolina

6

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| | ) | |
| COUNTY OF CHARLESTON | ) | CIVIL ACTION 2022-CP-10-01232 |

| | |
|---|---|
| JANE ROUSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CERTIFICATE OF SERVICE BY |
| HARRIS TEETER SUPERMARKETS, | ) CERTIFIED MAIL |
| INC. a/k/a HARRIS TEETER | ) |
| NEIGHBORHOOD FOOD & | ) |
| PHARMACY; and ARAMARK | ) |
| UNIFORM & CAREER APPAREL, LLC, | ) |
| | ) |
| Defendants. | ) |

Based on the attached, service by Certified Mail on Defendant Harris Teeter Supermarkets, a/k/a Harris Teeter Neighborhood Food & Pharmacy, was effective on March 23, 2022.

[Certified Mail Return Receipt — Article addressed to: Harris Teeter Supermarkets, Inc. c/o Corporation Service Company, Registered Agent, 508 Meeting Street, West Columbia, SC 29169-7535. Signed by Edna Zheng on 3/23/22. Article Number: 7021 0950 0002 0985 7205.]

1 of 2



|  |  |
|---|---|
| By: | s/James B. Moore, III |
|  | James B. Moore III, SC Bar #74268 |
|  | james@evansmoorelaw.com |
|  | Scott C. Evans, SC Bar #77684 |
|  | scott@evansmoorelaw.com |
|  | Evans Moore, LLC |
|  | 121 Screven Street |
|  | Georgetown, SC 29440 |
|  | t. 843.995.5000 |
|  | f. 843.527.4128 |
|  | **Attorneys for the Plaintiff** |

Georgetown, SC
March 25, 2022

ELECTRONICALLY FILED - 2022 Mar 29 9:03 AM - CHARLESTON - COMMON PLEAS - CASE#2022CP1001232

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| | ) | |
| COUNTY OF CHARLESTON | ) | CIVIL ACTION 2022-CP-10-01232 |
| | ) | |
| JANE ROUSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE BY |
| HARRIS TEETER SUPERMARKETS, INC. a/k/a HARRIS TEETER NEIGHBORHOOD FOOD & PHARMACY; and ARAMARK UNIFORM & CAREER APPAREL, LLC, | ) ) ) ) ) | CERTIFIED MAIL |
| | ) | |
| Defendants. | ) | |

Based on the attached, service by Certified Mail on Defendant Aramark Uniform & Career Apparel, LLC, was effective on March 23, 2022.

[Certified Mail Return Receipt (PS Form 3811) showing:
- Article Addressed to: Aramark Uniform + Career Apparel, LLC, c/o CT Corporation System, Registered Agent, 2 Office Park Ct. Suite 103, Columbia SC 29223-5948
- Article Number: 7021 0950 0002 0985 7212
- Service Type: Certified Mail
- Date of Delivery: 3-23-22]

1 of 2



|  |  |
|---|---|
| By: | *s/James B. Moore, III* |
|  | James B. Moore III, SC Bar #74268 |
|  | james@evansmoorelaw.com |
|  | Scott C. Evans, SC Bar #77684 |
|  | scott@evansmoorelaw.com |
|  | Evans Moore, LLC |
|  | 121 Screven Street |
|  | Georgetown, SC 29440 |
|  | t. 843.995.5000 |
|  | f. 843.527.4128 |
|  | |
|  | **Attorneys for the Plaintiff** |

Georgetown, SC
March 25, 2022

ELECTRONICALLY FILED - 2022 Apr 07 1:13 PM - CHARLESTON - COMMON PLEAS - CASE#2022CP1001232

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | |
| COUNTY OF CHARLESTON ) | CIVIL ACTION 2022-CP-10-01232 |

| | |
|---|---|
| JANE ROUSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **AMENDED SUMMONS** |
| ) | |
| HARRIS TEETER, LLC and ARAMARK ) | |
| UNIFORM & CAREER APPAREL, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**TO THE DEFENDANTS ABOVE-NAMED:**

**YOU ARE HEREBY SUMMONED** and required to answer the Complaint in this action, of which a copy is herewith served upon you, and to serve a copy of your Answer to said Complaint in the subscribed to Scott C. Evans, EVANS MOORE, LLC, 121 SCREVEN STREET, GEORGETOWN, SOUTH CAROLINA, 29440 within THIRTY (30) DAYS after the service hereof, exclusive of the date of such service; and if you fail to answer the Complaint within the time aforesaid, judgment by default will be rendered against you for the relief demanded in the Complaint.

Respectfully submitted,

EVANS MOORE, LLC

*s/James B. Moore, III*
James B. Moore III, SC Bar #74268
Scott C. Evans, SC Bar #77684
121 Screven Street
Georgetown, SC 29440
Office: (843) 995-5000
Fax: (843) 527-4128

1

ELECTRONICALLY FILED - 2022 Apr 07 1:13 PM - CHARLESTON - COMMON PLEAS - CASE#2022CP1001232

        james@evansmoorelaw.com
        scott@evansmoorelaw.com

        John Edward Robinson, SC Bar #75919
        McDowell & Robinson
        36 Broad Street, Charleston, SC 29401
        Office: (843) 723-5152
        John.robinson@charlestonlawoffice.com

        Attorneys for the Plaintiff

April 7, 2022
Georgetown, South Carolina

2

ELECTRONICALLY FILED - 2022 Apr 07 1:13 PM - CHARLESTON - COMMON PLEAS - CASE#2022CP1001232

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| | ) | |
| COUNTY OF CHARLESTON | ) | CIVIL ACTION 2022-CP-10-01232 |
| | ) | |
| JANE ROUSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | AMENDED COMPLAINT |
| HARRIS TEETER, LLC; and | ) | (Jury Trial Requested) |
| ARAMARK UNIFORM & CAREER | ) | |
| APPAREL, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

The Plaintiff, Jane Rouse, by and through her undersigned attorneys, complaining of the above-named Defendants would allege and show unto the Court the following:

**JURISDICTION AND VENUE**

1. The Plaintiff Jane Rouse is a citizen and resident of the County of Charleston, State of South Carolina.

2. Upon information and belief, Defendant Harris Teeter, LLC is a limited liability company organized and existing in and under the laws of North Carolina, with its principal place of business located at 701 Crestdale Road, Matthews, North Carolina 28105, and maintains agents and servants and a grocery store business, known as Harris Teeter Store # 385 at 2195 Tea Planter Lane, Mount Pleasant, in the County of Charleston, State of South Carolina for the purpose of carrying on its business wherein customers are invited to purchase groceries, meats, vegetables, frozen food products and other products.

3. Upon information and belief, Defendant Aramark Uniform & Career Apparel, LLC is a limited liability company organized and existing in and under the laws of Delaware with

1

ELECTRONICALLY FILED - 2022 Apr 07 1:13 PM - CHARLESTON - COMMON PLEAS - CASE#2022CP1001232

its principal place of business in Wilmington, Delaware. Defendant was responsible for providing and maintaining the floor mats located at the Harris Teeter Neighborhood Food & Pharmacy Store #385 located in Mount Pleasant, South Carolina.

4. Venue in this Court is proper, as the most substantial acts and omissions giving rise to the causes of action occurred in Charleston County, South Carolina.

## FACTUAL ALLEGATIONS

5. On March 9, 2020, Plaintiff Jane Rouse entered Harris Teeter Neighborhood Food & Pharmacy Store #385 located at 2195 Tea Planter Lane, Mount Pleasant, South Carolina for the purpose of grocery shopping.

6. As the Plaintiff was exiting the common property on the premises owned, operated and managed by the Defendant Harris Teeter, LLC, she noticed a hand sanitizing station. While the Plaintiff was walking towards the hand sanitizing station, she encountered the dangerous and defective floor mat, causing her to trip and fall on her left side.

7. As a result of the fall, Ms. Rouse fractured her left hip, necessitating surgical intervention. Unfortunately, Ms. Rouse has been unable to fully recover from the injury sustained on the property owned and managed by the Defendants.

## NEGLIGENCE & PREMISES LIABILITY

8. The Plaintiff repeats, re-alleges and incorporates by reference the factual allegations above with the same force and effect as if set forth herein.

9. While she was inside of the store, where it is the duty of the Defendants to exercise reasonable care and caution in the maintenance of the entrance and exit areas, including the floor mats, so as to not cause injury or damage to Plaintiff and others rightfully therein,

2

ELECTRONICALLY FILED - 2022 Apr 07 1:13 PM - CHARLESTON - COMMON PLEAS - CASE#2022CP1001232

she encountered an unreasonably dangerous and hazardous condition, causing Plaintiff to fall and sustain serious and permanent injuries.

10. At all pertinent times herein alleged, the Defendants, by and through their agents, servants and/or employees, acted in reckless disregard for the rights of the Plaintiff, and it was by their negligent, grossly negligent, careless, reckless, willful and wanton acts or omissions, that the Defendants maintained the inside of their aforesaid grocery store building in such a manner as to cause serious and permanent damages and injuries to the Plaintiff.

11. The fall and resulting damages to Plaintiff were directly due to and proximately caused by the negligence, recklessness, and gross negligence of the Defendants, or their agents, servants, or employees, including but not limited to, one or more of the following particulars:

   (a) In failing to safely maintain the exit area and floor mat so as to not cause injury or damage to Plaintiff;

   (b) In failing to take adequate steps to correct and/or remove the mat from the floor near the exit door;

   (c) In failing to comply with its own safety policies and procedures;

   (d) In failing to provide a safe area for a customer to exit the store;

   (e) In failing to property inspect and properly maintain the exit area and floor mat;

   (f) In failing to exercise reasonable care to maintain the premises of the Harris Teeter Neighborhood Food & Pharmacy store in a safe and non-hazardous condition, which resulted in a dangerous and hazardous condition to its patrons, invitees and licensees;

(g) In failing to exercise reasonable care to keep invitees and licensees of the Harris Teeter Neighborhood Food & Pharmacy Store free from hazardous conditions;

(h) In failing to exercise reasonable care to properly inspect the Harris Teeter Neighborhood Food & Pharmacy Store to ensure that it was safe for its patrons, invitees and licensees; and

(i) In failing to exercise reasonable care to warn the public and the Plaintiff in particular of the dangerous condition which existed in the exit of the Harris Teeter Neighborhood Food & Pharmacy Store;

12. That as a direct and proximate result of the negligent, reckless and grossly negligent acts and/or omissions of the Defendants and/or their agents, servants, and employees, the Plaintiff, Jane Rouse, was severely and permanently injured which has caused, and in the future will cause her to suffer the following damages:

(a) Past and future expenses for complex treatment on her left hip;

(b) Substantial past and future expenses for medical, physical therapy, rehabilitative and pain management services;

(c) Pain and suffering, past and future;

(d) Emotional distress and mental anguish, past and future;

(e) Permanently disabling and debilitating injuries to her body;

(f) Permanent scarring and disfigurement to her body;

(g) Loss of enjoyment of the common pleasures of life;

(h) Incidental expenses related to medical care, including, but not limited to, expenses for transportation to and from medical services;

    (i) Loss of ability to socialize and move about within the community of her friends and children, as her locomotion is severely limited with any movement resulting in great pain, suffering and discomfort; and

    (j) Other specific elements of damages which may be discovered prior to trial.

13.    That due to the reckless, willful, wanton, careless, negligent and grossly negligent conduct of the Defendants, and/or their agents, servants and employees, the Plaintiff is entitled to actual damages, as well as punitive damages, in such amount as would deter the Defendants from such conduct in the future.

**WHEREFORE,** the Plaintiff prays unto this Honorable Court as follows:

    (a) For an award of actual, compensatory, and consequential damages in an amount to be determined as a jury trial;

    (b) For an award of punitive damages in an amount to be determined at a jury trial;

    (c) For such other and further relief as this Court may deem just and proper.

**TRIAL BY JURY IS DEMANDED.**

Respectfully submitted,

EVANS MOORE, LLC

s/James B. Moore III
James B. Moore III, SC Bar #74268
Scott C. Evans, SC Bar #77684
121 Screven Street
Georgetown, SC 29440
Office: (843) 995-5000
Fax: (843) 527-4128
james@evansmoorelaw.com
scott@evansmoorelaw.com

John Edward Robinson, SC Bar #75919
McDowell & Robinson
36 Broad Street, Charleston, SC 29401

ELECTRONICALLY FILED - 2022 Apr 07 1:13 PM - CHARLESTON - COMMON PLEAS - CASE#2022CP1001232

ELECTRONICALLY FILED - 2022 Apr 07 1:13 PM - CHARLESTON - COMMON PLEAS - CASE#2022CP1001232

                                        Office: (843) 723-5152
                                        John.robinson@charlestonlawoffice.com

                                        Attorneys for the Plaintiff

April 7, 2022
Georgetown, South Carolina